No. 2181 0366

TO: United States District Court
for the District of Massachusetts

FILED CLERKS OFFICE
2022 JAN 26 AM 11: 45

## THE COMMONWEALTH OF MASSACHUSETTS
## V.
## Lucha El Por Libertad

EX REL: [STEVEN ANTHONY PEREZ]

## NOTICE OF REMOVAL

Pursuant to the Federal Rules of Civil Procedure Rule 11; 28 U.S.C. Subsection 1441 (a) and (d); Title 28 U.S.C. subsection 1332, The above referenced state case must be litigated in Federal Court

Pursuant to the United States Supreme Court in Younger V Harris, 401 U.S. 37 (1971)
"... when absolutely necessary for protection of constitutional rights, courts of the United States have power to enjoin state officers from instituting criminal actions"

I am Lucha El Por Libertad, in Propria Persona Sui Juris, A Moor American National of the free National Government of Morocco am submitting this Notice of Removal to Woburn Superior Court to litigate the aforesaid case to Federal court for the following reasons; I am not a resident of THE COMMONWEALTH OF MASSACHUSETTS and nor do I have contract with THE COMMONWEALTH OF MASSACHUSETTS. This is a matter of Diversity of Citizenship pursuant to Title 28 subsection 1332 and Treaty of Peace of Friendship (Amity of Commerce) of 1787. I have three proper forms of identification pursuant to D.O.J. section 1508 The Nationality Card being the proper form of ID and still I have been identified as a "legal ficticious entity": [STEVEN ANTHONY PEREZ]. I am currently being held in Essex County Correctional Facility unlawfully pursuant to an unconstitutional 58 (A) hold. I respectfully request the United States District Court for The District of Massachusetts to intervene and

⇒

litigate this case to the Federal Court to avoid prejudice or biased decisions pursuant to Article 3 sections 1 and 2 of the Constitution for The United States of America as the proper venue and only venue for Diversity of Citizenship is Federal Court so I may properly defend myself in a court at Law that respects citizens of a foreign state and citizens of a different state.

United States courts exist as much for adjudication of citizens controversies as for enforcement of countrys Laws and that is particularly true with respect to diversity jurisdiction, which was established because of desire to insure a competent and impartial tribunal for citizens of different states. See Burt V Isthmus Development Co., C.A. Tex. 1955, 218 F.2d 353, certiorari denied 75 S.Ct. 661, 349 U.S. 922, 99 L.Ed. 1254

Moors are by blood, jus sanguine, the true aboriginal people of the land, the American National, which by that mere fact they are in fact the ONLY sovereign. Moors are not "Black" sovereigns, nor is Noble Drew Ali a black separatist, and Moors are not a part of the Patriot Movement. More so over, neither the Patriot group or Moors are acting in an anti-government manner. It is the actions of Prosecutor Vanepps and Judge Pierce and any other citizen who colludes with them that are in fact anti-government. To say that Moors are anti-government or that they are Black Sovereigns is a misrepresentation and by it being printed, or said is not only slanderous, it is libel. Vanepps and Judge Pierce are descendants of naturalized citizens themselves and do not have any political rights or power here, except to follow the Law of the Land as Public Servants and Trustees. Their clear intent and organized mission to maintain violations of the peoples rights is Treasonous. For that reason they ought to be made responsible for their misrepresentation and abuse of their limited authority, if they have any at all. Otherwise they are on a personal mission and still they must be held accountable for their infractions and for breaking the law.

Propria Persona, without prejudice
In Full life
Lucha El Por Libertad