UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS
        Plaintiff(s)

V.                                          CIVIL ACTION NO. 22-10131-DJC

LUCHA EL POR LIBERTAD
        Defendant(s)

CASPER, D.J.

### ORDER OF REMAND

In accordance with the Memorandum and Order, D. 3, dated February 16,, 2022 ; it is hereby ORDERED:

Case is REMANDED to Middlesex Superior Court.

                                                  Robert M. Farrell, Clerk

February 16, 2022                             By: /s/ Haley E. Currie
                                                                  Deputy Clerk