1

To: Honourable Judge Casper

Case Number 1:22-cv-10131

Notice of Birth Rights        2/15/22

I am I, me, myself, I am Lucha El Por Libertad a man in full life, a Moor. I Judge Casper greet you with Peace and ask the creator of all that is, to shower you and your family with blissings, as I do for mankind, as well as those who hold me against my will, under Color of authority and Color of Law.

I would like to tell you a bit about myself, as well as go into the pain and anguish I am suffering present day. I grew up in a loving home, my dear mother taught me to love instead of hate. My mother taught me that character is what made a man, the way he carried himself, not the pigmentation of his skin. I thank my mother for teaching me these lessons as a boy and rigorously implanting them in me until I became a man.

Judge Casper, the Commonwealth of Massachusetts has freely committed Treason, this I am sure you know is a serious crime. Governments are established for the purpose of protecting the rights of the people. Therefore all Public Trustees/officers/Magistrates/Judges/agencies of any government/associations/corporations, et al have an obligation to speak and not be silent when they see or witness an infraction of the peoples rights. Being silent constitutes Fraud// Public Trustees/Public Officials/All Government entities and their enclaves, are vowed by oath and affirmation to protect, preserve and secure the rights of the people (Constitution for the United States of America), a mans God given rights, the almighty God, not the Government ordinance department.

The Commonwealth of Massachusetts by way of its agents Denationalized my peers and I fraudulently and forcefully to deprive us of our Constitutional, Human and Treaty rights. By way of Color of Law and Color of authority, its agents have enforced Unconscionable adhesion contracts after branding

→

a

my peers and I, as civily dead persons (civiliter Mortuus).

Judge Casper, there are 3 Primal issues at Law, Primal- serving as an essential component, Issue - an important question that is in dispute and must be settled, Law - Juris prudence - the branch of philosphy concerned with principles that lead courts and legislaters and executives to make decisions. Juris = right or positive, prudence = science or philosphy, juris prudence is the study of nature viz, Natures Law and Natures God.

My Lawful status is a Moor American, I am a Natural born American national citizen, according to House Resolution 1203, 0689 and TRUE world history the Moor is the aboriginal indigenous people of the Americas. I am not a legal entity or Federal citizen (citizen of the United States inc) Status - Your mental competance, your mental state, condition or standing, I am competent, I am mentally sound and stand firm on who I am. The use of Capitis deminutio Maxima by the agents of the commonwealth have violated my Human right to a Nationality and due process, the acts are void ab initio, null and Colorable.

The commonwealth has no JURISDICTION, the commonwealth by way of its renegade agents have tried to adjudicate my peers and I in an improper venue, contrary to article 3 sections 1 and 2 of the Constitution for the United States of America. Jurisdiction & venue - The power or authority to hear and decide on an issue or classification of Law; personam, subject matter i.e. civil or criminal, territorial air, and sea. Adjudication - The act of pronouncing judgement, legal proceeding. The De facto proceedings against my peers and I have been unlawful and malicious from DAY ONE.

Judge Casper, I ask you where is the justice? There is no Corpus Delicti, "body of crime", no injured party yet, the commonwealth attempts to UNLAWFULLY and maliciously adjudicate against my peers and I. I am not a resident of Massachusetts, my peers aren't residents of Massachusetts

3

our constitutionally secured militia has no contracts with Massachusetts, nor did we agree to the states ordinances, statutes, codes, or schemes. Legislated statutes enforced upon the people in the name of Law are FRAUD, they have no authority and are without mercy. Justice without mercy is Godless and therefore repugnant to the United States Constitution. "An act of congress repugnant to the Constitution is void and cannot become a law the courts of the United States are bound to take notice of that instrument." Marbury V. Madison, 5 US 137, 2 L. Ed 60. Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."; Miranda V. State of Arizona, 86 S. Ct. 1602 at 1636, 384 U.S. 436 at 491 (U.S. Arizona 1966).

It is evident that the crime is being committed against us the militia, we have broken no laws, we have injured no man, we were simply going to a camping trip/training session when our automobile ran out of gas. There can be no sanction or penalty imposed upon one because of the exercise of a constitutional right. Shear V. Cullen, 481 F. 945 (9th Cir. 1973) Spevack V. Klein, 385 U.S. 511 (1967) Garrity V. NEW JERSEY, 385 U.S. 493 (1967) Boyd V. US, 116 U.S. 616 (1886) Malloy V. Hogan, 378 U.S. 1 (1964), yet since July 3, 2021 we have been held against our will for exercising our rights. An entire militia was unconstitutionally arrested during the U.S. independence day weekend a celebration of the militia men who fought for the then colonies freedom. That is HYPOCRACY and ANTI-GOVERNMENT, ANTI-FREEDOM, ANTI-REPUBLICAN form of government (Article 4 section 4 U.S. Constitution).

Judge Casper, I have 2 uncles who served in the Marines, 2 who served in the Army, 1 who served in the Navy, I also have 2 cousins who served in the Army and 1 who served in the Marines. I have the maximum respect for them and I am aware of my rights, I as well as my family who has served, and as well as the members of my militia swore an

4

oath to uphold and protect the Great constitution for the United States of America with our lives against all enemies foreign and Domestic. Never did I imagine to be held unlawfully, in the state of the Minute men militia of Arlington and Lexington Massachusetts and have my God given constitutionally secured rights turned into statutes, schemes, to be infringed upon and denied due process.

Judge Casper, the Law of the land is that I am innocent until proven guilty, and although I have done nothing violent or dangerous and have not been found guilty, I have been jailed 8 months unlawfully. How can one be detained and jailed if innocent? None of the administrative officers before me, stated on the record what the probable cause for holding me was.

The fact is the superior court of the commonwealth has no jurisdiction. If there is no proper jurisdiction or venue, then no lawful or legal trial can be held. When government officials supersede their jurisdiction, or deny lawful due process, redress, recourse and remedy, "At Law", then they are the criminals, and are traitors to the treaty and Constitution to which they are bound by Law and from whence they derive any Authority at all. I am a Moor, I am not a citizen of the Union States Society, I am of the Continental United States, being Part and Parcel of the government to which the Union of States are obligated. The Constitutions of our two nations, in conjunction with treaties, are the working tools for adjudication in jurisdictional arguments, procedures and venue; thus the DUALITY of the Great Seal of the United States. With Moors, any non-federal sanctioned court (inferior) is improper jurisdiction. If a court is not operating with Constitutional Law and Treaty, it is Color of Law and Fraudulent. As Consular courts were abolished, all issues between the Moors and European Christians, being of a Treaty Nature are obviously of a Federal jurisdiction. The states can not make treaties and therefore, have no jurisdiction.

→

5

A change of venue should be automatically recognized by inferior courts. Any jurisdiction claimed without mutual agreement within the proper forum, is void of law. Federal and state officials must set up consular courts to have lawful jurisdiction in Moorish affairs.

Where provisions are not made to address Foreign Relations and Intercourse in consular court as prescribed by Law, then no jurisdiction exists! A Court of General Sessions, Congressionally sanctioned, in accord with the National Constitutions and Treaties, with consulars and officials representing both nations/nationals, present and In Propria Persona, would be a proper jurisdiction. All parties would operate by de jure Constitutional and Treaty Law.

Any branch of government, government agency /agencies, person or persons employed by such agencies, who operate beyond its or their jurisdiction or Delegation of Authority, is in violation of the Constitution and the Treaty (Supreme Law of the Land). Officials, using Color of Authority, violate the people/citizen, thus, commit a criminal offense. I have entered both the Constitution for the United States of America, as well as the treaty of Peace and Friendship of 1787 on the record and the superior court of the commonwealth via its administrative agent "Judge" acted as if the documents didn't exist. "When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially". Thompson V. Smith, 154 SE 583. See also Asis V. US, 568 F2d 284.

Honourable Judge Casper, you know the states judges, prosecutors and lawyers are not the keepers or protectors of Constitutional Law. They do not represent the people. They are of a private guild, that actually subverts the Constitution, and inject themselves as the Law! This is a clear case of conflict of interest! Can such operatives render a fair trial

→

to anyone? Definitley not I Lucha El a Moor, they have no lawful JURISDICTION!

Judge Casper you must do something, the commonwealth through forced assimalation has Denationalized my peers and I taking away our Human, and Indigenous rights to self determination, in a malicious attempt to adjudicate us as wards/chattel/property of 28 U.S.C. § 3002 15(A) (Federal corporation, United States inc.). The commonwealth has unlawfully converted our Constitutionally secured rights into priviledges. State courts, like Federal courts, have a "Constitutional obligation" to safeguard personal liberties and to uphold Federal Law. Stone V. Powell 428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067. No state legislator and executive and judicial officer can war against the Constitution without violating his undertaken to support it. Cooper V. Aron, 358 U.S. 1, 78 S. Ct. 1401, 3 L. Ed. 2d 5.

Honourable Judge Casper, I need help, assistance and relief from the Federal district court. I know the notice of removal has merit, it is not frivolous, contrary it is all fact. I will argue my own case, I merely need to be heard by a competent judge who rules with morals, prudence a sense of and for Humanity.

It is clear that I have been and remain peaceful, as well as have been and will continue to enforce my rights. It is also clear that the commonwealth via its prosecution and administrative officers "Judges" have discriminated against me because of my national origin, are violating me and depriving me of my Constitutionally secured rights, as well as my Human rights. I can prove that I have suffered irreparable damage as a result of this conspiracy and enforcement of Color of Law.

I have declared my Nationality and exercise Postliminium as a Moor and man of the land and its Law enforcing my inalienable rights in my correct status and in Plena vita, in Propria Persona.

7

Judge Casper, I have no history of violence, nor am I a criminal. I miss my children, they need me as I need them. I miss my mother, I miss my wife, I ask that you see that Justice is served in this Unlawful Treasonous matter. The longest standing Treaty the Treaty of Peace and Friendship 1787, as well as the Constitution for the United States of America have been violated. Judge Casper, I with much Respect ask that you Honour your oath. The Judges of all states and the politicians take their oaths of office on the Constitution of the United States of America, not on police policy code books or municipal rules and regulations. Please Judge Casper, uphold the Supreme Law of the land, so that my brethren and I can get home to our families.

What the commonwealth is doing to my peers and I, is Genocide.

I hope this letter/notice of Birth Rights finds you well & in full health

Love, Truth, Peace, Freedom and Justice

Under Penalty of Perjury, Without Prejudice
In full life, All Rights Reserved, Sui Juris
Under Threat, Duress and Coercion

Cincha El Por Libertad   UCC 1-308

2/15/22              A Moor, An Upright man