Commonwealth

V.                                                                1/16/22

Lucha El Por Libertad

## NOTICE TO DISMISS
### Affidavit of Fact

1. Pursuant to Article VI of the Constitution (supremacy clause) the Constitution for the United States and all treaties made shall be the Supreme Law of the land. Pursuant to article 20 of The Treaty of Peace and Friendship, how disputes shall be settled it is the Constitutional and Treaty right of all Moors, who have issues or disputes with any citizens of the United State, their right to consul shall not be infringed.

2. The Treaty of Peace and Friendship of 1787 between the Moroccan Empire and the Republic for the United States of America. The treaty granted no personam, subject matter, territorial jurisdiction to the United States over any Moor/Moorish Estate, except those which pertain to Article 21, which applies to the criminal act of killing or wounding a citizen of the respective nations, to which, the proper venue is Consular courts.

3. I Lucha El Por Libertad have not violated the treaty by killing or wounding any citizen of the United States and the prosecutor has stated that I didn't respect the state of Massachusetts jurisdiction, so what jurisdiction does the commonwealth claim to have? According to Superior Court Rule 60 jurisdiction can be raised at anytime during the pendency of the proceeding. "Jurisdiction has to be established first before consideration of its merits." Hagans V. Lavine, 415 U.S. 528, 94 S. Ct. 1372, 39 L. Ed 2d 577. "Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." Piper V. Pearson, 2 Gray 120, cited in Bradley V. Fisher, 13 wall. 335, 20 L. Ed. 646

⟹

4. "If a defendant challenging the courts personal jurisdiction is a "foreign corporation" or "nonresident" individual it is the plaintiffs burden to prove the courts jurisdiction. A state court will have specific jurisdiction over a "nonresident" defendant has a significant connection with the forum state and purposefully directed its activities at residents of the forum, and litigation has resulted from alleged injuries that arise out of relate to these activities. When the court decides a jurisdictional question raised by a pretrial motion to dismiss, it must consider the allegations of the complaint in their most favorable light. The motion to dismiss admits all facts which are well pleaded, invokes the existing record and must be decided upon that alone." Cogswell V. American Transit Inr. Co. 282 Conn. 505, 903 A. 2d 638.

5. My peers and I did not purposefully stop in the Commonwealth our truck ran out of gas while traveling through the commonwealth and there is no victim to allege injury, so there is no significant connection with the forum state of Massachusetts.

6. "Legislaters simply don't have the authority to rule-make where rights secured by the Federal Constitution are involved, there can be no rule-making or legislator which would abrogate them." Miranda V. Arizona, 384 US 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694. Legislated statutes enforced upon the people in the name of law are fraud, they have no authority and are without mercy. Justice without mercy is Godless and therefore repugnant to the United States Constitution. "An act of congress repugnant to the Constitution is void and cannot become a law the courts of the United States are bound to take notice of that instrument." Marbury V. Madison, 5 US 137, 2L. Ed 60.

7. "A court has no power to adjudicate upon the material status of persons when neither is domiciled within the state. Lack of jurisdiction in its most fundamental or strict sense means an

entire absence of the power to hear or determine the case, an absence of authority over the subject matter or the parties. Any acts that exceed the defined power of a court in any instance, whether that power be defined by constitutional provisions, express statutory declaration, or rules developed by the courts and followed under the doctrine of stare decisis, are in excess of jurisdiction. Abelleira V. District Court of Appeal, 17 Cal. 2d 280, 109 P. 2d 942.

8. I Lucha El Por Libertad am a Moor a "non resident alien" not a citizen of the United States Federal corporation as defined in 28 U.S.C. § 3002 (15)(a), and do not domicile in Massachusetts. The Zodiac Constitution by C.M. Bey (C) AA 222 141 registered in the library of Congress, Washington, D.C. Article 2 Zodiac Constitution Birthrights The Moorish American (The Bey and El's) states since the 12 jurymen of the 50 Union States magna charta document of white supremacy and the nine judges of their supreme court were founded upon our Moorish Zodiac 12 signs, Mathematical Constitution, the law makers have no jurisdiction over the free Moors, the Beys and Els, in the inherited land of the Moorish nation, namely: U.S.A., Canada, Central and South America.

9. The Declaration of Independence reads "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their creator with unalienable Rights, that among these are life, liberty and the pursuit of Happiness. That to secure these rights, governments are instituted among men deriving their just powers from the consent of the governed." Any authority the government has is by our consent and I do not consent to the superior courts unlawful proceedings and the continuance with this unlawful prosecution and or conviction the superior court is trying to get by Denationalizing me in order to strip me of my Human rights as well as my Constitutionally secured rights. The superior court of the commonwealth has and is acting

outside its authority. "Every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow-men without his consent. Executors of Cruden V. Neale, 2 N.C. 338

10. The Constitution is the Supreme Law of the land, codes, rules, regulations, policies, and statutes are not law. "It is the province and duty of the judicial department to say what law is. Every state legislator or executive or judicial officer is solemnly committed by oath taken pursuant to U.S. Const. Art. VI cl. 3, to support the Constitution. No state legislator and executive and judicial officer can war against the Constitution without violating his undertaken to support it." Cooper V. Aron, 358 U.S. 1, 78 S. Ct. 1401, 3L. Ed 2d 5.

Judge Casper, I ask that you accept this affidavit of fact in support of the notice of removal I have filed. My rights have been violated and continue to be violated. The Federal court must take notice of the Treason being committed by the Commonwealth via its agents, this is a form of genocide, the Federal court must step in, simply turning away or denying my notice of removal from the improper venue to the proper one is Fraud. The acts by the Colorable, De facto agents and agency have proved to be violations of 18 U.S.C. 1091, 18 U.S.C. 241, and 18 U.S.C. 242.

Under Penalty of Perjury, Without Prejudice
In Propria Persona, Sui Juris, full life, Plena vita
A.R.R.
Lucha El Por Libertad   UCC1-308